<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-6095**

———————

JULIAN EDWARD ROCHESTER,

Plaintiff - Appellant,

versus

S. R. WITKOWSKI, Warden, Perry Correctional
Institution; CHARLES L. BROCK, Deputy Warden;
MR. ADAMS, in Mail Room at Perry Correctional
Institution; MR. RUMP, in Mail Room Perry
Correctional Institution; MS. MARSHALL, R.I.C.
on hill, Perry Correctional Institution; MR.
ROBERTSON, quit, was R.I.C. at Q-1, Perry
Correctional Institution; E. DUVALL,

Defendants - Appellees,

and

UNITED STATES POSTAL SERVICE; STATE OF SOUTH
CAROLINA; U. S. GOVERNMENT,

Defendants.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  William B. Traxler, Jr., District
Judge.  (CA-93-1794-2-21AJ)

———————

Submitted:  September 20, 1996      Decided:  October 3, 1996

———————

Before NIEMEYER, HAMILTON, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

Julian Edward Rochester, Appellant Pro Se. William Henry Davidson, II, David Leon Morrison, John Thomas Lay, Jr., ELLIS, LAWHORNE, DAVIDSON & SIMS, P.A., Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Rochester v. Witkowski, No. CA-93-1794-2-21AJ (D.S.C. Dec. 28, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED